# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134790

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 134790
     COA: 277111
     Kent CC: 06-005232-FC

JEREMY JOE BONNELL,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 11, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

p1119